**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 05, 2026

Mr. Aaron David Epstein
Columbus City Attorney's Office
77 N. Front Street
Fourth Floor
Columbus, OH 43215

Mr. Jonathan L. Loevy
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607

Re: Case No. 26-3906
*Richard Horton v. City of Columbus, OH, et al*
Originating Case No. 2:23-cv-03888

Dear Counsel,

Enclosed is an Amended Caption, please use this caption for all future filings.

Sincerely yours,

Appeal Case Manager: Virginia
Direct Dial No. 513-564-7032