RICHARD HORTON

Plaintiff - Appellee

v.

CITY OF COLUMBUS, OH

Defendant

AS-YET UNKNOWN COLUMBUS POLICE OFFICERS

Defendant

and

BRENDA K. WALKER, Badge #1176

Defendant - Appellant